**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6408**

─────────────

MICHAEL ANTHONY HUNTER,

                          Petitioner - Appellant,

     versus

STATE OF SOUTH CAROLINA; ROBERT E. WARD, War-
den; CHARLES CONDON, Attorney General of the
State of South Carolina,

                          Respondents - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  C. Weston Houck, Chief District
Judge.  (CA-96-279)

─────────────

Submitted:  November 6, 1997     Decided:  November 19, 1997

─────────────

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Michael Anthony Hunter, Appellant Pro Se.  Donald John Zelenka,
Chief Deputy Attorney General, Columbia, South Carolina, for
Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Hunter v. South Carolina, No. CA-96-279 (D.S.C. Mar. 3, 1997). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED